### 52209. WRIGHT v. WRIGHT et al.

WEBB, Judge.

In this garnishment case the trial court set aside a judgment against the garnishee but did not terminate the garnishment proceeding. This order is not a final judgment. *Finch v. Kilgore,* 120 Ga. App. 320 (170 SE2d 304). There is no certificate of immediate review nor has this court granted an application for an appeal under Code Ann. § 6-701 (a). The appeal is premature and must be dismissed. *Nash v. Carlile,* 138 Ga. App. 906. On remand see *Coursin v. Harper,* 236 Ga. 729; *Battles v. Battles,* 138 Ga. App. 841.

*Appeal dismissed. Deen, P. J., and Quillian, J., concur.*

ARGUED MAY 5, 1976 — DECIDED MAY 25, 1976 — REHEARING DENIED JUNE 15, 1976 —

*J. C. Rary, Beth Lanier,* for appellant.
*Serby & Mitchell, Louis C. Parker, III,* for appellees.